**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Amerind Risk Management Corporation, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION TO** |
| | ) | **APPEAR PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Myrna Malaterre, Carol Belgarde, and | ) | |
| Lonnie Thompson, | ) | Case No. 4:07-cv-059 |
| | ) | |
| Defendants. | ) | |

Before the court is the Plaintiff's motion for attorneys Leander Bergen and Earl Mettler to appear *pro hac vice* on its behalf. In accordance with Local Rule 79.1(D), Leander Bergen and Earl Mettler have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline.

The Plaintiff's motion (Docket No. 8) is **GRANTED** and, pending receipt of the requisite fees, attorneys Leander Bergen and Earl Mettler are admitted to practice before this court in this matter on the Plaintiff's behalf.

**IT IS SO ORDERED.**

Dated this 29th day of October, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge